

17 South Park Row
Erie, PA 16501

Re: George E. Miller
Melody Miller
Case No.05-72568F

Dear Mr. Horner,

    In a letter I received dated May 10, 2011, it was noted that the Office of the chapter 13 Trustee sent you a check in the amount of $1195.51. These funds are owned by the creditor, Sallie Mae Guaranty Svcs Inc. The monies could not be dispersed to them because the trustee could not identify the account. Below is the address and ID account number for this creditor. Please disperse the above monies to them as soon as possible.

Sallie Mae Servicing
PO Box 9532
Wilkes-Barre, PA 18773-9532

Account Number 9475982964-2

Sincerely,

*George E Miller*

*M[signature]*

George E. and Melody A. Miller


CC: Sallie Mae Services, Inc.