**UNITED STATES BANKRUPTCY COURT**
Western District of Pennsylvania

**JUDITH KLASWICK FITZGERALD**
Judge

Suite 5490 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

July 11, 2011

George and Melody Miller
53 Walter Road
Grampian, PA 16838

                              Re:    Miller, George E. And Melody A.
                                         Bankruptcy No. 05-72568
                                         Sallie Mae Account No. 9475982964-2

Dear Mr. and Mrs. Miller:

I am in receipt of your letter docketed in the above case on July 6, 2011, requesting the court to disburse funds to Sallie Mae Guaranty Svcs Inc. for credit to account number 9475982964-2. As stated in the Chapter 13 Trustee's letter dated May 10, 2011, funds in the amount of $1,195.51 were disbursed to Sallie Mae Guaranty Svcs Inc. and returned as the creditor was unable to identify the account. These funds were subsequently deposited with the court. In order for the court to release these funds, the creditor must file an appropriate motion. The creditor must serve the motion on you, your counsel, the Chapter 13 Trustee, the United States Trustee, and the United States Attorney.

In the future, all correspondence relating to this case should be sent to the court in Pittsburgh at the following address: U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

                                           Sincerely,

                                           Judith K. Fitzgerald
                                           United States Bankruptcy Judge

cc:    Sallie Mae Servicing
        PO Box 9532
        Wilkes-Barre, PA 18773-9532

Sallie Mae Guaranty Svcs Inc.
Attn: Deposit Operation-8303
POB 7167
Indianapolis, IN 46206-7167

Sallie Mae, Inc.
220 Lasley Ave.
Wilkes-Barre, PA 18706

ECMC
7325 Beaufont Springs
Suite 200
Richmond, VA 23225